Kenneth J. Catanzarite (SBN 113750)
Richard Vergel de Dios (SBN 180470)
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680

Attorneys for Defendants
Digital Peripheral Solutions, Inc.,
Rajeev Sharma and Priti Sharma

**FILED**
05 AUG 24 PM 1:25
CLERK U.S. BANKRUPTCY COURT.
CALIFORNIA. BY:_____

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: QPS, INC.,<br><br>Debtor.<br><br>DAVID GOTTLIEB, Disbursing Agent for the Estate of QPS, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL PERIPHERAL SOLUTIONS, INC., BHUVAN CHAWLA, RAJEEV SHARMA, PRITI SHARMA,<br><br>Defendants. | Case No.: SA02-16187-JB<br><br>Chapter 7<br><br>Adv. No. SA04-01628-JB<br><br>ANSWER OF DIGITAL PERIPHERAL SOLUTIONS, INC., RAJEEV SHARMA AND PRITI SHARMA TO COMPLAINT FOR DAMAGES |

COMES NOW the Defendants Digital Peripheral Solutions, Inc., Rajeev Sharma and Priti Sharma admit, deny and allege as follows:

1. These answering Defendants admit the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. These answering Defendants deny that there is any legal basis for the commencement of this action.

3. These answering Defendants admit the allegations contained in paragraph 3 of Plaintiff's Complaint.

4. These answering Defendants admit the allegations contained in paragraph 4

of Plaintiff's Complaint.

5. These answering Defendants admit the allegations contained in paragraph 5 of Plaintiff's Complaint, except deny that there is any legal basis for the commencement of this action.

6. These answering Defendants admit the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. These answering Defendants lack information and belief sufficient to enable it to answer the allegations contained therein, and based on that lack of information and belief, deny the allegation contained in paragraph 7 of Plaintiff's Complaint.

8. These answering Defendants admit the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. These answering Defendants admit the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. These answering Defendants deny the allegations contained in paragraph 10 of Plaintiff's Complaint.

11. These answering Defendants deny the allegations contained in paragraph 11 of Plaintiff's Complaint.

12. These answering Defendants deny the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. These answering Defendants deny the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. These answering Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. These answering Defendants admit the allegations contained in paragraph 15 of Plaintiff's Complaint.

16. These answering Defendants admit the allegations contained in paragraph 16 of Plaintiff's Complaint.

**ANSWER TO COMPLAINT**

[RVD\030101 301 Answer to Complaint.wpd]

17. These answering Defendants admit the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. These answering Defendants admit the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. These answering Defendants admit the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. These answering Defendants admit the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. These answering Defendants deny the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. These answering Defendants deny the allegations contained in paragraph 22 of Plaintiff's Complaint.

23. These answering Defendants deny the allegations contained in paragraph 23 of Plaintiff's Complaint.

24. These answering Defendants deny the allegations contained in paragraph 24 of Plaintiff's Complaint.

25. These answering Defendants deny the allegations contained in paragraph 25 of Plaintiff's Complaint.

26. These answering Defendants lack information and belief sufficient to enable it to answer the allegations contained therein, and based on that lack of information and belief, deny the allegation contained in paragraph 26 of Plaintiff's Complaint.

27. These answering Defendants deny the allegations contained in paragraph 27 of Plaintiff's Complaint.

28. These answering Defendants deny the allegations contained in paragraph 28 of Plaintiff's Complaint.

29. These answering Defendants deny the allegations contained in paragraph 29 of Plaintiff's Complaint.

3.

ANSWER TO COMPLAINT

[RVD\030101.301 Answer to Complaint.wpd]

## FIRST CLAIM FOR RELIEF

30. These answering Defendants incorporate paragraphs 1 through 29 herein, as though set forth in full.

31. These answering Defendants deny the allegations contained in paragraph 31 of Plaintiff's Complaint.

32. These answering Defendants deny the allegations contained in paragraph 31 of Plaintiff's Complaint.

33. These answering Defendants admit that CCP § 1689(b)(1) contains the quoted language in paragraph 33 of Plaintiff's Complaint.

34. These answering Defendants admit that CCP § 1689(b)(5) provides as stated in paragraph 34 of Plaintiff's Complaint.

35. These answering Defendants deny that Plaintiff may rescind the agreement between the parties as stated in paragraph 35 of Plaintiff's Complaint.

## SECOND CLAIM FOR RELIEF

36. These answering Defendants incorporate paragraphs 1 through 35 herein, as though set forth in full.

37. These answering Defendants deny the allegations as stated in paragraph 37 of Plaintiff's Complaint.

38. These answering Defendants deny the allegations as stated in paragraph 38 of Plaintiff's Complaint.

39. These answering Defendants deny the allegations as stated in paragraph 39 of Plaintiff's Complaint.

40. These answering Defendants deny the allegations as stated in paragraph 40 of Plaintiff's Complaint.

41. These answering Defendants deny the allegations as stated in paragraph 41 of Plaintiff's Complaint.

42. These answering Defendants deny the allegations as stated in paragraph 42 of Plaintiff's Complaint.

---

**ANSWER TO COMPLAINT**

[RVD\030101 301 Answer to Complaint.wpd]

43. These answering Defendants deny the allegations as stated in paragraph 43 of Plaintiff's Complaint.

### THIRD CLAIM FOR RELIEF

44. These answering Defendants incorporate paragraphs 1 through 43 herein, as though set forth in full.

45. These answering Defendants deny the allegations as stated in paragraph 45 of Plaintiff's Complaint.

46. These answering Defendants deny the allegations as stated in paragraph 46 of Plaintiff's Complaint.

47. These answering Defendants deny the allegations as stated in paragraph 47 of Plaintiff's Complaint.

48. These answering Defendants deny the allegations as stated in paragraph 48 of Plaintiff's Complaint.

49. These answering Defendants deny the allegations as stated in paragraph 49 of Plaintiff's Complaint.

50. These answering Defendants deny the allegations as stated in paragraph 50 of Plaintiff's Complaint.

### FOURTH CLAIM FOR RELIEF

51. These answering Defendants incorporate paragraphs 1 through 50 herein, as though set forth in full.

52. These answering Defendants deny the allegations as stated in paragraph 52 of Plaintiff's Complaint.

53. These answering Defendants deny the allegations as stated in paragraph 53 of Plaintiff's Complaint.

54. These answering Defendants deny the allegations as stated in paragraph 54 of Plaintiff's Complaint.

55. These answering Defendants deny the allegations as stated in paragraph 55 of Plaintiff's Complaint.

**ANSWER TO COMPLAINT**

[RVD\030101 301 Answer to Complaint.wpd]

56. These answering Defendants deny the allegations as stated in paragraph 56 of Plaintiff's Complaint.

57. These answering Defendants deny the allegations as stated in paragraph 57 of Plaintiff's Complaint.

### FIFTH CLAIM FOR RELIEF

58. These answering Defendants incorporate paragraphs 1 through 57 herein, as though set forth in full.

59. These answering Defendants deny the allegations as stated in paragraph 59 of Plaintiff's Complaint.

60. These answering Defendants deny the allegations as stated in paragraph 60 of Plaintiff's Complaint.

61. These answering Defendants deny the allegations as stated in paragraph 61 of Plaintiff's Complaint.

62. These answering Defendants deny the allegations as stated in paragraph 62 of Plaintiff's Complaint.

63. These answering Defendants deny the allegations as stated in paragraph 63 of Plaintiff's Complaint.

### SIXTH CLAIM FOR RELIEF

64. These answering Defendants incorporate paragraphs 1 through 63 herein, as though set forth in full. These answering Defendants deny the allegations as stated in paragraph 64 of Plaintiff's Complaint.

### SEVENTH CLAIM FOR RELIEF

65. These answering Defendants deny the allegations as stated in paragraph 65 of Plaintiff's Complaint.

66. These answering Defendants deny the allegations as stated in paragraph 66 of Plaintiff's Complaint.

67. These answering Defendants deny the allegations as stated in paragraph 67 of Plaintiff's Complaint.

**ANSWER TO COMPLAINT**

[RVD\030101 301 Answer to Complaint.wpd]

68. These answering Defendants deny the allegations as stated in paragraph 68 of Plaintiff's Complaint.

69. These answering Defendants deny the allegations as stated in paragraph 69 of Plaintiff's Complaint.

70. These answering Defendants deny the allegations as stated in paragraph 70 of Plaintiff's Complaint.

71. These answering Defendants deny the allegations as stated in paragraph 71 of Plaintiff's Complaint.

72. These answering Defendants deny the allegations as stated in paragraph 72 of Plaintiff's Complaint.

73. These answering Defendants deny the allegations as stated in paragraph 73 of Plaintiff's Complaint.

## FIRST AFFIRMATIVE DEFENSE
## TO ALL CAUSES OF ACTION

Plaintiff lacks standing to commence the within action and is not the real party in interest.

## SECOND AFFIRMATIVE DEFENSE
## TO ALL CAUSES OF ACTION

This action is barred by the applicable statutes of limitations.

## THIRD AFFIRMATIVE DEFENSE
## TO ALL CAUSES OF ACTION

The Complaint and each and every alleged cause of action contained therein fails to state facts sufficient to constitute a cause of action against the Defendants.

## FOURTH AFFIRMATIVE DEFENSE
## TO ALL CAUSES OF ACTION

The Complaint and each and every alleged cause of action contained therein is barred by the doctrine of waiver.

//

7.

---

ANSWER TO COMPLAINT

[RVD\030101 301 Answer to Complaint.wpd]

## FIFTH AFFIRMATIVE DEFENSE

## TO ALL CAUSES OF ACTION

The Complaint and each and every alleged cause of action contained therein is barred by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

## TO ALL CAUSES OF ACTION

The Complaint and each and every alleged cause of action contained therein is barred by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

## TO ALL CAUSES OF ACTION

Defendants affirmatively allege that they have suffered damages and/or seek declaratory relief by reason of Plaintiff's conduct and that they have the right of offset if any amount of money is owed to the Plaintiff or due to Plaintiff by way of damage, quantum meruit, or breach of any contract, oral or written.

## EIGHTH AFFIRMATIVE DEFENSE

## TO ALL CAUSES OF ACTION

Defendants affirmatively allege that they are informed and believe that Plaintiff failed to mitigate damages by taking reasonable steps.

## NINTH AFFIRMATIVE DEFENSE

## TO ALL CAUSES OF ACTION

Defendants affirmatively allege that the damages and/or declaratory relief referred to in the Complaint were proximately caused by Plaintiff and/or others affiliated in any manner with the Plaintiff in that at all times relevant herein, Plaintiff failed to use and exercise for his own protection with the proper care and precautions with a prudent person under the same and similar circumstances would have exercised and that if Defendants committed any wrongful act at all (which supposition is made for the purpose of this defense without admitting such to be a fact), the aforesaid conduct of the Plaintiff contributed to the happenings of Plaintiff's alleged damages and/or declaratory relief.

---

**ANSWER TO COMPLAINT**

[RVD\030101 301 Answer to Complaint.wpd]

### TENTH AFFIRMATIVE DEFENSE

### TO ALL CAUSES OF ACTION

The Complaint and each cause of action therein are uncertain and too speculative to be recovered.

**WHEREFORE,** Defendants pray judgment as follows:

1. That Plaintiff take nothing by his action;
2. For costs of suit incurred herein;
3. For reasonable attorney's fees; and
4. For such other and further relief as this Court deems just and proper.

DATED: August 23, 2005                    CATANZARITE LAW CORPORATION

By: *[signature]*
Kenneth J. Catanzarite
Richard Vergel de Dios
Attorneys for Defendants

9.

**ANSWER TO COMPLAINT**

[RVD\030101 301 Answer to Complaint.wpd]

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )  ss:
COUNTY OF ORANGE        )

The undersigned certifies and declares as follows:

I am over the age of 18 and not a party to this action. My business address is 2331 West Lincoln Avenue, Anaheim, California 92801, which is in the county where the mailing described below took place.

On August 24, 2005 I served the within ANSWER OF DIGITAL PERIPHERAL SOLUTIONS, INC., RAJEEV SHARMA AND PRITI SHARMA TO COMPLAINT FOR DAMAGES, by:

[ ]   (Facsimile Transmission) I caused the above mentioned document to be served by facsimile transmission to the parties at the fax numbers listed on the attached service list.

[X]   (Mail) I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope, with first class postage thereon fully prepaid, to be placed in the U.S. Mail at Anaheim, California, and certify that such envelope was placed for collection and mailing following ordinary business practices.

[ ]   (Overnight Delivery) I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope to be delivered by overnight mail by placing such envelope in the care of United Parcel Service at Anaheim, California with instructions to deliver by overnight courier to the addressee(s) listed on the attached service list.

[ ]   (Personal Service) I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope to be delivered by hand as set forth on the attached service list.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed August 24, 2005 at Anaheim, California.

Typed Name: Megan Lloyd

**SERVICE LIST**
Christina Erickson, Esq.
BRINKMAN PORTILLO, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361
Facsimile: (818) 597-2998